PD-1351-15

PD-1351-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/15/2015 7:32:59 PM
Accepted 10/16/2015 2:10:25 PM
ABEL ACOSTA
CLERK

**CAUSE NO:_____**

| | | |
|---|---|---|
| ENRIQUE SANCHEZ SALAZAR | § | IN THE COURT |
| | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS | § | OF CRIMINAL APPEALS |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW AND NOTICE OF NONREPRESENTATION

Comes now Appellant ENRIQUE SANCHEZ SALAZAR through his court-appointed counsel for the below cause and files this motion for extension of time to file a petition for discretionary review pursuant to Rules 10.5(b) and 68.2(c) of the Rules of Appellate Procedure and notice of nonrepresentation by court-appointed counsel and shows in support:

1. On September 1, 2015, the Thirteenth Court of Appeals issued an opinion and judgment in Cause No. 13-14-00563-CR styled *Enrique Sanchez Salazar v. State* affirming the trial court judgment. No motions for rehearing or reconsideration were filed. Appellant's deadline to file a petition for discretionary review was October 1, 2015. Tex. R. App. P. 68.2.

2. Undersigned counsel sent Appellant notice of the opinion and judgment and instructions on how to file a *pro se* petition for discretionary review within 5 days of the date of issuance as required by Texas Rules of Appellate Procedure. Due to an error, the letter was sent to his last known

home address in Cenizo, Texas. Appellant is incarcerated. After discovering the error, counsel express- mailed another copy of the letter and judgment to Appellant c/o Reg. No. 48232379, U.S. Penitentiary, 4700 Bureau Road South, Terre Haute, IN 47802 and it was shown received on September 24, 2015 – i.e., seven days before his deadline to file a petition for discretionary review.

3.    Appellant has notified undersigned counsel that he wishes to proceed with a petition for discretionary review. His deadline to seek an extension of time from this Court is October 15, 2015. As a courtesy, counsel is filing this motion for extension of time on his behalf to ensure that the deadline is met.

4.    Counsel does not represent Appellant on this petition for discretionary review and will notify Appellant again that he must proceed *pro se* unless he retains counsel.

Wherefore, premises considered, Appellant Enrique Sanchez Salazar asks this Court to extend the time to file a petition for discretionary review and for such other and further relief to which he may be entitled.

Respectfully submitted,

**/s/ Abner Burnett**
Abner Burnett
SBN 03425770
Bee County Regional Public Defender

316 S. Closner Blvd.
Edinburg, Texas 78539
Tel: (956) 393-6202
Fax:  (956) 423-3674
ABURNETT@trla.org

Certificate of Service

The undersigned attorney hereby certifies that a true and correct copy of the foregoing documents has been delivered via electronic file manager to Jose Aliseda, the 156th District Attorney, and Edward Shaughnessy, and to Enrique Sanchez Salazar, No. 48232379, U.S. Penitentiary, 4700 Bureau Road South, Terre Haute, IN 47802, on this 15th day of October, 2015 via certified mail/return receipt requested 7013 3020 0002 0627 7334.

**/s/ Abner Burnett**
Abner Burnett